*P. Edward Barenkopf,* and with him *Harry Felix,* for appellant.

*Harry Lapensohn,* for appellee.

PER CURIAM, November 22, 1934:
The judgment of the lower court is affirmed on the opinion of Judge PARRY.

## W. G. Halkett Co. *v.* City of Philadelphia.

Argued October 11, 1934.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

210

*Leo Belmont,* for appellant.

*Mayne R. Longstreth,* and with him *David J. Smyth* and *Robert Von Moschzisker,* for appellee.

PER CURIAM, November 22, 1934:

The judgment is affirmed on the opinion of Judge STERN.

Caruso *v.* Members B. & L. Assn., Appellant.

·Argued October 12, 1934.